**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 27  A 10: 47

CLERK _____
S.J. DIST. OF GA.

GREGORY T. BRYANT,       )
                         )
        Plaintiff,       )
                         )
    vs.                  )        CIVIL ACTION NO.: CV605-064
                         )
Warden GLENN RICH; Deputy Warden )
R. D. COLLINS; Lt. BYRD; Sgt JASON, )
D. BURNS; Officer BYRD; Officer )
OSBORN; Officer R. BRANDON )
LEWIS; Officer LONG; Officer )
REGISTER, and Officer LOVE, )
                         )
        Defendants.      )

IN RE:   LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Devon Orland for the periods of November 10, 2005, and November 18, 2005 through and including November 28, 2005, in the captioned case.

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this _27th_ day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)